UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| AXIA HOLDINGS LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:20-cv-00411-JPH-MJD |
| | ) | |
| RODERICK A. ROBINSON, | ) | |
| REGEINA A. ROBINSON, | ) | |
| RICHIE A. ROBINSON, | ) | |
| RAULON A. ROBINSON, | ) | |
| JAMES W. ROBINSON, | ) | |
| DORIS S. ROBINSON, | ) | |
| STATE OF INDIANA, DEPARTMENT OF REVENUE, | ) | |
| US DEPARTMENT OF TREASURY, | ) | |
| INTERNAL REVENUE SERVICE, | ) | |
| UNITED STATES OF AMERICA, | ) | |
| JOHN DOE/MARY DOE as unknown occupants and their heirs, and devisees and also the unknown heirs, representatives, devisees, legatees, executors, administrators, husbands, wives, receivers, lessees, successors, assignees, guardians, trustees, widows, widowers, spouse et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON JOINT MOTION TO REMAND**

Defendants United States of America and U.S. Department of Treasury, Internal Revenue Service ("Federal Defendants") removed this foreclosure case under 28 U.S.C. §§ 1441, 1442, 1444, and 1446. Dkt. 1. Federal Defendants no longer have an interest in the property that is the subject of the complaint, and only state-law claims remain. Dkt. 7 at 2. Federal Defendants and

1

Plaintiff Axia Holdings have therefore filed a joint motion to remand this case to Marion Circuit Court. Dkt. [7].

For the reasons in the motion, the Court **GRANTS** the joint motion to remand, dkt. [7], and **REMANDS** this case to the Marion Circuit Court. *See Brattain v. Graverson*, No. 2:17-cv-505-JMS-MJD, 2018 WL 1241992 at *3 (S.D. Ind. Mar. 9, 2019).

**SO ORDERED.**

Date: 3/10/2020

_James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

Jynell D. Berkshire
BERKSHIRE LAW LLC
jynell@berkshirelawllc.com

Gina M. Shields
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
Gina.Shields@usdoj.gov